IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01107-WYD-BNB

NICHOLAS BORGARDING, and
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

Plaintiffs,

v.

JAMES ENGLISH, and
DRYWALL MATERIAL SALES, L.L.C.,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before December 9, 2010, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 29, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge